**Walter Duane WHITE, Plaintiff– Appellant,**

v.

**Joyce FRANCIS, Warden, Defendant–Appellee.**

**No. 08–6748.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 11, 2008.

Walter Duane White, Appellant Pro Se. Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Duane White, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *White v. Francis,* No. 1:07–cv–00001–IMK–JES, 2008 WL 1746588 (N.D.W.Va. Apr. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*